No. 715.—JOHN FRENCH *v.* WILLIAM A. RIGGS, Administrator.

An open account for moneys paid on a judgment, for materials, labor and carpenter work done, and improvements in repairs and improvements on the premises, is prescribed by three years.

Charges for board, lodging, and support of another are prescribed by one year.

APPEAL from the District Court, parish of Iberia. *Train, J. Simon & Voorhies* for plaintiff and appellant. *Joseph A. Breaux* for defendant and appellee.

HOWELL, J. This is an action against the representative of the succession of plaintiff's mother, upon an account running from the first of September, 1856, to the twenty-second of June, 1867, for the support of the mother, at a fixed price per month; for the amount of a judgment paid by him, in favor of A. Voorhies, for materials, labor and carpenter's work done and furnished in repairs and improvements on the premises of the deceased, in the years 1858, 1859, 1861, 1862, 1865 and 1866; for taxes on her property from 1856 to 1867 paid by him on her account, and for funeral expenses.

The defense in the lower Court was the prescription of three years, which was sustained, and the plaintiff has appealed. In this Court the defendant has filed the prescription of one year also. Citation, in the Court below, was served on thirty-first day of May, 1869.

In the particular manner in which plaintiff has set out his demand, we must consider it based on an "open account" and subject to the prescriptions pleaded, except the item for funeral expenses ($25), which were necessarily incurred and paid after the twenty-second of June, 1867, and which being proven by the evidence admitted in the Court below, must be allowed. The other items of the account, within the three years, being for the board, lodging and support of plaintiff's mother, are prescribed by one year.

It is therefore ordered that the judgment appealed from be reversed; and proceeding to render such judgment as should have been given by the Court *a qua:* It is ordered that plaintiff recover of William A. Riggs, administrator of the succession of Mary Stine, deceased, the sum of twenty-five dollars, with legal interest from judicial demand, to be paid in due course of administration; and it is further ordered, that there be judgment in favor of the defendant on all the balance of plaintiff's account sued on in this action. Costs in both Courts to be paid by defendant, the administrator.